No. 95–410. SCHOONOVER *v.* WILD INJUN PRODUCTS ET AL. C. A. Fed. Cir. Motion of petitioner to consolidate or defer consideration of petition denied. Certiorari denied.

No. 95–5797. HORSLEY *v.* ALABAMA. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the motion to defer consideration.

No. 94–1465. ROBERTS *v.* KINGS COUNTY HOSPITAL ET AL., 514 U. S. 1083;

No. 94–8354. ECKERT ET AL. *v.* ESTATE OF ECKERT, 514 U. S. 1099; and

No. 95–45. PIRKLE ET AL. *v.* OGONTZ CONTROLS CO. ET AL., *ante,* p. 863. Petitions for rehearing denied.

NOVEMBER 6, 1995

No. A–371. LEMOND CONSTRUCTION CO. *v.* WHEELER. Application for stay of execution of judgment of the Supreme Court of Alabama, case No. 1930866, entered on September 29, 1995, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. A–377. OWENS-ILLINOIS CORP. *v.* REKDAHL ET AL. Application for stay of judgment, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted. Execution and enforcement of that portion of the judgment of the Court of Appeal of California, Second Appellate District, Division Three, case No. B068259, entered on May 25, 1995, and modified on June 20, 1995, awarding punitive damages against applicant Owens-Illinois Corp. is stayed pending the timely filing and disposition by this Court of a petition for writ of certiorari.